[Cite as *State v. James*, 2022-Ohio-4692.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## TRUMBULL COUNTY

STATE OF OHIO,

          Plaintiff-Appellee,

  - vs -

KEMARI D. JAMES,

          Defendant-Appellant.

CASE NO. 2022-T-0110

Criminal Appeal from the
Court of Common Pleas

Trial Court No. 2022 CR 00329

---

# M E M O R A N D U M
# O P I N I O N

Decided: December 27, 2022
Judgment:  Appeal dismissed

---

*Dennis Watkins,* Trumbull County Prosecutor, Administration Building, Fourth Floor, 160 High Street, N.W., Warren, OH  44481 (For Plaintiff-Appellee).

*Walter T. Madison,* 137 South Main Street, Suite 201, Akron, OH  44308 (For Defendant-Appellant).

MATT LYNCH, J.

{¶1}    On November 28, 2022, appellant, through counsel, filed a notice of appeal from the trial court's October 24, 2022 sentencing entry.  A timely notice was due no later than November 23, 2022, which was not a holiday or weekend.

{¶2}    The appeal is untimely and is a duplicate filing of a timely appeal filed by appellant in appellate case no. 2022-T-0107, which is pending with this court.

{¶3} "* * * [A] party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." App.R. 4(A)(1).

{¶4} This appeal is dismissed, sua sponte, as untimely and as a duplicate appeal.


JOHN J. EKLUND, P.J.,

MARY JANE TRAPP, J.,

concur.

2